AMENDED OPINION

DOUCET, Judge.
It has come to the court’s attention that the awards of child support in this matter were incorrectly calculated. We have recalculated the awards as shown in the Child Support Obligation Worksheets attached hereto as Appendices A and B. In accordance with the revised recommended child support order shown therein, we amend the award of child support to reflect that Robert Douglas Greene is required to pay child support in the amount of $783.75 for Jeffrey and Robert Greene from June 1, 1992, until November 24, 1992, and child support in the amount of $985.53 for Kristopher, Jeffrey, and Robert Greene from November 25, 1992, and thereafter.
AMENDED.
_APPENDIX A_ WORKSHEET — CHILD SUPPORT OBLIGATION and ROBERT DOUGLAS GREENE CHERYL ELAINE FLAHARTY GREENE Petitioner Respondent Children Date of Birth Children Date of Birth JEFFREY ALLEN GREENE 2-12-80 ROBERT MICHAEL GREENE 9-21-81 Petitioner Respondent Combined 1. MONTHLY GROSS INCOME $3,755.00 $ 1,600.00 //////////////// xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx ■ + 331.00*+ 1,280.00 //////////////// b. Minus preexisting spousal support payment_-_-_//////////////// 2. MONTHLY ADJUSTED GROSS INCOME_$4,086.00 $ 2,880.00 $6,966.00 3. PERCENTAGE SHARE OF INCOME (Line 2. Each party’s //////////////// income divided by Combined Income.) 59% 41% //////////////// 4. BASIC CHILD SUPPORT OBLIGATION llllllllllllllllllllllllllllllllllll (Apply line 2 Combined to Child Support Schedule.) Illlllllllllllllllllllllllllllllllll $1,368.00 a. Net Child Care Costs (Cost minus Federal Tax Credit.) Illlllllllllllllllllllllllllllllllll + b. Child’s Health Insurance Premium Cost llllllllllllllllllllllllllllllllllll + 57.00
*1246 c. Extraordinary Medical Expenses (Uninsured Only) llllllllllllllllllllllllllllllllllll (Agreed to by parties or by order of the court)_llllllllllllllllllllllllllllllllllll +_ d. Extraordinary Expenses (Agreed to by parties or by llllllllllllllllllllllllllllllllllll order of court.)_ llllllllllllllllllllllllllllllllllll _+ e. Optional. Minus extraordinary adjustments llllllllllllllllllllllllllllllllllll (Child’s income if applicable.) Illlllllllllllllllllllllllllllllllll + 5. TOTAL CHILD SUPPORT OBLIGATION llllllllllllllllllllllllllllllllllll (Add lines 4. 4a. 4b. 4c. and 4d: Subtract line 4e.)_llllllllllllllllllllllllllllllllllll $1,425.00 6. EACH PARTY’S CHILD SUPPORT OBLIGATION $ 840.75 $ 548.25 //////////////// (Multiply line 3 times line 5 for each parent.) //////////////// 7. RECOMMENDED CHILD SUPPORT ORDER //////////////// (Bring down amount from line 6 for the non-eustodial $ 840.75 $ //////////////// or non-domiciliary party only. Leave custodial or domiciliary -57.00 ** //////////////// party column blank.) 783.75 //////////////// Comments, calculations, or rebuttals to schedule or adjustments if non-custodial or non-domiciliary party directly pays extraordinary expenses: * Benefit from spousal expense, sharing. *⅜ Credit for payment of insurance premium.
WORKSHEET — CHILD SUPPORT OBLIGATION and ROBERT DOUGLAS GREENE CHERYL ELAINE FLAHARTY GREENE Petitioner_Respondent Children Date of Birth Children Date of Birth KRISTOPHER LEVI GREENE 4-11-76 ROBERT MICHAEL GREENE 9-21-81 JEFFREY ALLEN GREENE 2-23-80 _Petitioner Respondent Combined 1. MONTHLY GROSS INCOME $ 3,755.00 $ 1,600.00 //////////////// xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx + 331.00*+ 1,280.00 *//////////////// b. Minus preexisting spousal support payment_- - //////////////// 2. MONTHLY ADJUSTED GROSS INCOME_$ 4,086.00 $2,880.00 $6,966.00 3. PERCENTAGE SHARE OF INCOME (Line 2. Each party’s //////////////// income divided by Combined Income.) 59% 41% //////////////// 4.BASIC CHILD SUPPORT OBLIGATION llllllllllllllllllllllllllllllllllll (Apply line 2 Combined to Child Support Schedule.)_llllllllllllllllllllllllllllllllllll $1,710.00 a. Net Child Care Costs1 (Cost minus Federal Tax Credit.) IIIIIIIIIIIIIIIIIIIIIIIIIIIIIJIIIIII + b. Child’s Health Insurance Premium Cost_IIIIIIIIIIIIIIIIIIIIIIÍIIIIIIIIIIIII + 57.00 c. Extraordinary Medical Expenses (Uninsured Only) llllllllllllllllllllllllllllllllllll (Agreed to by parties or by order of the court) llllllllllllllllllllllllllllllllllll + d. Extraordinary Expenses (Agreed to by parties or by llllllllllllllllllllllllllllllllllll order of court.) Illlllllllllllllllllllllllllllllllll + e. Optional. Minus extraordinary adjustments (Child’s income if applicable.) Illlllllllllllllllllllllllllllllllll llllllllllllllllllllllllllllllllllll -
*1247 5.TOTAL CHILD SUPPORT OBLIGATION llllllllllllllllllllllllllllllllllll (Add lines 4, 4a, 4b, 4c, and 4d: Subtract line 4e.) Illlllllllllllllllllllllllllllllllll $1,767.00 6. EACH PARTY’S CHILD SUPPORT OBLIGATION //////////////// (Multiply line 3 times line 6 for each parent.) $1,042.63 $ 724.47 //////////////// 7. RECOMMENDED CHILD SUPPORT ORDER //////////////// (Bring down amount from line 6 for the non-custodial $1,042.53 $ //////////////// or non-domiciliary party only. Leave custodial or domiciliary 67.00 ** //////////////// party column blank.) 985.63//////////////// Comments, calculations, or rebuttals to schedule or adjustments if non-custodial or non-domiciliary party directly pays extraordinary expenses * Benefit from spousal expense sharing ** Credit for payment of insurance premium